Blair F. Gunther and Lawrence A. Sadlek, Plaintiffs-Appellants, v. Justin T. McCarthy, Director of Insurance of State of Illinois, Defendant-Appellee.

Gen. No. 10,130. 

Third District.

September 16, 1957.

Released for publication October 2, 1957.

 Smietanka & Garrigan (Irving Goodman, of counsel) for appellants; Latham Castle, Attorney General of State of Illinois (William C. Wines, of counsel) for appellee. Opinion by JUDGE ROETH. Not to be published in full.